**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **George C Barek** | JOINT DEBTOR: | **Maria A Barek** | CASE NO.: | **14-31182** |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-9610** | Last Four Digits of SS# | **xxx-xx-9301** | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **0** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ _____ for months _____ to _____ ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,800.00** TOTAL PAID $ **1,500.00**
Balance Due $ **-NONE-** payable $ _____ /month (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **GMAC Mortgage**    Arrearage on Petition Date $ **0.00**
   Address: **POB 4622; Waterloo, IA 50704-4622**    Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **xxxxx6219**    Regular Payment $ **0.00** /month (Months **0** to **0**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Select Portfolio Servicing, Inc. P.O. BOX 65250; Salt Lake City, UT 84165-0250 Account No: xxxxxx2963** | **Homestead Address: 1074 W 70th Place, Hialeah FL 33014-5111 Parcel Identification Number: 04-2025-009-0150 Legal Description: 25 52 40 L AKE VIEW PK SEC 2 PB 71-85 LOT 15 BLK 2 LOT SIZE 75.000 X 107 OR 17609-1876 0497 1 - Valuation obt** $ **197,000.00** | **0**% | $ **0.00** | **0** To **0** | **0.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due $ _____
Payable $ _____ /month (Months ___ to ___)    Regular Payment $ _____

Unsecured Creditors: Pay $ **0.00** /month (Months **0** to **0**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

LF-31 (rev. 01/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ George C Barek  
**George C Barek**  
Debtor  

Date: **October 6, 2014**

/s/ Maria A Barek  
**Maria A Barek**  
Joint Debtor  

Date: **October 6, 2014**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy