**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

___1st Amended___ Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **GEORGE C. BAREK**   JOINT DEBTOR: **MARIA A. BAREK**   CASE NO.: 14-31182
Last Four Digits of SS# XXX-XX-9610  Last Four Digits of SS# XXX- 9301

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.  $ 150.00 for months __1__ to __36__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + $775.00= $4,425.00   TOTAL PAID $1,500.00
                Balance Due  $ 2,925.00  payable $ 132.96 /month (Months 1 to 22)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. ___None___   LMM Payment $_____ (Months __ to __).

Address:_____
Account No:_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| GMAC Mortgage P. O. Box 4622 Waterloo, IA 50704 Account No. 739266219 | 1074 West 70th Place Hialeah, FL 33014 $197,000 Appraisal obtained by: TKJ Associates | 0.0% | $0.00 | 0 To 0 | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. NONE_____   Total Due $_____
                           Payable $_____/month (Months___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 2.04 /month (Months 1 to 22), $ 135.00/month (Months 23 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors will continue to pay 1st Mortgage Select Portfolio Servicing, Inc. (Account No.XXX-2963) on homestead property located at 1074 West 70th Place, Hialeah, FL 33014 outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ George C. Barek                     /s/ Maria A. Barek
Debtor                                         Joint Debtor
Date: 10/24/2014                     Date: 10/24/2014

LF-31 (rev. 06/02/08)