UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: George C & Maria A Barek                    Case No: 14-31182-LMI
                                                    Chapter 13

_____Debtors_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property with GMAC and Notice of Hearing was sent to all interested parties on October 28, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, George C & Maria A Barek
1074 W 70th Place
Hialeah, FL 33014-5111

GMAC Mortgage
POB 4622
Waterloo, IA 50704-4622


**Via Certified Mail:**

Ally Financial, Inc., f/k/a GMAC           Ally Bank Corporation, f/k/a GMAC
c/o Michael Carpenter, CEO                 Corporation Services Company, R.A.
200 Renaissance Center                     1201 Hays Street
Detroit, MI 48265                          Tallahassee, FL 32301


Ally Financial, Inc., f/k/a GMAC
c/o Michael Carpenter, CEO
6985 Union Park Center, Suite 435

1

Midvale, UT 84047

                        Respectfully Submitted:

                        **ROBERT SANCHEZ, P.A.**
                        Attorney for Debtor
                        355 West 49th Street
                        Hialeah, FL 33012
                        Tel. 305-687-8008

                        By:*/s/ Robert Sanchez*_____
                         Robert Sanchez, Esq., FBN#0442161

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: George C & Maria A Barek　　　　　　　　　Case No: 14-31182-LMI
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　　Debtors　　　　/


**CERTIFICATE OF SERVICE**

　　　**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property with GMAC and Notice of Hearing was sent to all interested parties on October 28, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, George C & Maria A Barek
1074 W 70th Place
Hialeah, FL 33014-5111

GMAC Mortgage
POB 4622
Waterloo, IA 50704-4622


**Via Certified Mail:**

Ally Financial, Inc., f/k/a GMAC　　　　　Ally Bank Corporation, f/k/a GMAC
c/o Michael Carpenter, CEO　　　　　　　Corporation Services Company, R.A.
200 Renaissance Center　　　　　　　　　1201 Hays Street
Detroit, MI 48265　　　　　　　　　　　　Tallahassee, FL 32301


Ally Financial, Inc., f/k/a GMAC
c/o Michael Carpenter, CEO
6985 Union Park Center, Suite 435

1

Midvale, UT 84047

                    Respectfully Submitted:

                    **ROBERT SANCHEZ, P.A.**
                    Attorney for Debtor
                    355 West 49th Street
                    Hialeah, FL 33012
                    Tel. 305-687-8008

                    By:*/s/ Robert Sanchez*_____
                     Robert Sanchez, Esq., FBN#0442161