## CHAPTER 13 PLAN (Individual Adjustment of Debts)

2nd Amended   Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **GEORGE C. BAREK**   JOINT DEBTOR: **MARIA A. BAREK**   CASE NO.: 14-31182
Last Four Digits of SS# XXX-XX-9610   Last Four Digits of SS# XXX- 9301

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 150.00   for months   1   to   36  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + $775.00 = $4,425.00   TOTAL PAID $1,500.00
               Balance Due  $ 2,925.00   payable $ 132.96 /month (Months 1 to 22 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____None_____      LMM Payment $_____ (Months __ to __).

Address:_____
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| GMAC Mortgage P. O. Box 4622 Waterloo, IA 50704 Account No. 739266219 | 1074 West 70th Place Hialeah, FL 33014 $197,000 Appraisal obtained by: TKJ Associates | 0.0% | $0.00 | 0 To 0 | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. NONE _____   Total Due $_____
                 Payable $_____/month (Months____ to ____) Regular Payment $____

Unsecured Creditors: Pay $ 2.04 /month (Months 1 to 22 ), $ 135.00/month (Months 23 to 36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  The debtors will continue to pay 1st Mortgage Select Portfolio Servicing, Inc. (Account No.XXX-2963) on homestead property located at 1074 West 70th Place, Hialeah, FL 33014 outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

x _George Barek_____              x _Maria Barek_____
Debtor                                        Joint Debtor
Date: 11-14-14                                Date: 11-14-14

LF-31 (rev. 06/02/08)