**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: George C and Maria A Barek                    Case No: 14-31182-LMI
                                                      Chapter 13

_____ Debtors _____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)    ☒    No further action is necessary.

2)    The following actions have been taken:

    ☐    The debtor has filed an objection to the proof of claim filed by _____.

    ☐    The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

    ☐    Other: _____
         _____
         _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on April 5, 2016.

                            Submitted by:
                            **ROBERT SANCHEZ, P.A.**
                            Attorney for Debtor
                            355 W 49th Street
                            Hialeah, FL 33013
                            Tel. (305) 687-8008

                            By:/s/Robert Sanchez_____
                             Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)