UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CASE NUMBER: 14-31182-LMI

GEORGE C BAREK
MARIA A BAREK
    Debtor
_____/

MOTION TO MODIFY PLAN TO INCREASE PLAN BASE
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion to Modify Plan to Increase Plan Base and states as follows:

1)  The debtors' plan requires payments of $150.00 per month for 36 months.

2)  The debtors are paying $300.00 per month.

3)  As of month 22 of the plan, the debtors have paid a total of $6000.00 to the Chapter 13 Trustee.

4)  If the debtors were to continue paying $150.00 per month for the balance of the 36 months the plan base would be $8,100.00

WHEREFORE, the Trustee requests that this Court enter an order increasing the plan base to $8,100.00

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
Amy Carrington, Esq.
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the and the Notice of Hearing generated by ECF was served through NEF on debtor's attorney

                                                    NANCY K NEIDICH, ESQUIRE
                                                    STANDING CHAPTER 13 TRUSTEE